FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 JUN -4 PM 2: 21
CLERK _M. Hill_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR410-091 |
| ) | |
| GERALD BERNARD DATTS, ) | |
| a/k/a/ ANTONY D. JONES, ) | |
| a/k/a TERRY BRISBANE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 4th day of June, 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA